# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
§
ADVANCED EMERGENCY SPECIALISTS LTD § Case No. 11-38819
§
Debtor(s) §

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Uweeguuqt"Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-38819 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | | Date Filed (f) or Converted (c): | 09/23/11 (f) |
| | | | | 341(a) Meeting Date: | 11/01/11 |
| For Period Ending: | 02/21/15 | | | Claims Bar Date: | 04/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1140 OLD MILL ROAD | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 4,800.00 | 4,800.00 | | 0.00 | FA |
| 3. FIRST STATE BANK OF IL | 237.45 | 237.45 | | 0.00 | FA |
| 4. CHASE BANK | 5,000.00 | 75,698.28 | | 75,698.28 | FA |
| 5. SECURITY DEPOSITS | 850.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| 7. REGISTERED TRADEMARK | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. A/Rs (u) | 1,700,000.00 | 400,000.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 665.00 | 0.00 | | 0.00 | FA |
| 10. LITIGATION PENDING (u) | 1,600,000.00 | 500,000.00 | | 0.00 | FA |
| 11. UNSCHEDULED REFUNDS (u) | 0.00 | 0.00 | | 556.85 | FA |
| INT. Interest Earned (u) | Unknown | 0.00 | | 0.02 | FA |
| TOTALS (Excluding Unknown Values) | $3,711,902.45 | $980,735.73 | | $76,255.15 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee (E. Berg), confirmed the resolution of all claims and prepared the TFR

Active

IN PROCESS OF OBTAINING DOCUMENTS REGARDING LITIGATION AND ACCOUNTS RECEIVABLE; SOME ASSETS MIGHT BE SUBJECT TO SECURITY INTEREST OF BANK; NEED TO DETERMINE ESTIMATED VALUE OF LIQUIDATED ASSETS AS TO THE ESTATE; NO OTHER ASSETS TO LIQUIDATE; NO OTHER ASSETS TO LIQUIDATE; REVIEWING INTEREST OF BANK

Settlement and Compromise with bank pending.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 11-38819 DRC Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg, Succ. Trustee |
| Case Name: ADVANCED EMERGENCY SPECIALISTS LTD | Date Filed (f) or Converted (c): 09/23/11 (f) |
| | 341(a) Meeting Date: 11/01/11 |
| | Claims Bar Date: 04/12/12 |

Order approving settlement 7/12/2013.

Estate authorized to retain 20% of funds recovered from Insider Bank Account.

Final claims review pending.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******2065 DEG Green Bank Checking |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 02/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/12 | 4 | JAMES KLEIN | TURNOVER OF BANK ACCOUNTS | 1129-000 | 75,698.28 | | 75,698.28 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 75,698.28 | 0.00 |
| | | | 9999-000    $-75,698.28 | | | | |
| 02/08/12 | INT | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.02 | | 0.02 |
| 02/29/12 | 001001 | The Bank of New York mellon | Bank and Technology Service Fee | 2600-000 | | 0.02 | 0.00 |
| | | | 2600-000    $-0.02 | | | | |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 75,698.30 | 75,698.30 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 75,698.28 | |
| | Subtotal | | 75,698.30 | 0.02 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 75,698.30 | 0.02 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******1901  DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 02/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | New York Bank Mellon | Transfer funds | 9999-000 | 75,698.28 | | 75,698.28 |
| 02/29/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 90.63 | 75,607.65 |
| 03/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 125.94 | 75,481.71 |
| 04/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 113.94 | 75,367.77 |
| 05/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 121.62 | 75,246.15 |
| 06/29/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 121.42 | 75,124.73 |
| 07/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 117.31 | 75,007.42 |
| 08/27/12 | 11 | ENVISION HEALTHCARE, INC.<br>P.O. BOX 5047<br>OAK BROOK, IL  60522 | TURNOVER OF REFUND OF PAYMENT | 1290-000 | 556.85 | | 75,564.27 |
| 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 132.95 | 75,431.32 |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 106.01 | 75,325.31 |
| 10/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 121.55 | 75,203.76 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 02/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/12 | 005001 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132<br>401 Greenbriar<br>Houston, TX 77098 | OVERNIGHT DELIVERY CHARGES<br>2990-000    $-26.93 | 2990-000 | | 26.93 | 75,176.83 |
| * 11/09/12 | 005002 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY FEES<br>2990-000    $-26.93 | 2990-003 | | 26.93 | 75,149.90 |
| * 11/09/12 | 005002 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | overnight delivery fees | 2990-003 | | -26.93 | 75,176.83 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 125.25 | 75,051.58 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 113.29 | 74,938.29 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 120.92 | 74,817.37 |
| 02/21/13 | 005003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond#016026455<br>2300-000    $-70.88 | 2300-000 | | 70.88 | 74,746.49 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 109.04 | 74,637.45 |

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 02/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 120.44 | 74,517.01 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 116.36 | 74,400.65 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 127.80 | 74,272.85 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 108.25 | 74,164.60 |
| 07/30/13 | 005004 | First State Bank of Illinois<br>c/o Kenneth R. Eathington<br>Husch Blackwell LLP<br>401 Main Street, Ste 1400<br>Peoria, IL 61602 | SETTLEMENT PAYMENT | 7100-000 | | 60,558.62 | 13,605.98 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 119.67 | 13,486.31 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 48.38 | 13,437.93 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 19.58 | 13,418.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 18.04

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 02/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 21.65 | 13,396.70 |
| 11/29/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 21.61 | 13,375.09 |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 20.88 | 13,354.21 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 22.93 | 13,331.28 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 19.43 | 13,311.85 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 20.09 | 13,291.76 |
| 04/02/14 | 005005 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420 | Blanket bond #016026455 2/01/14<br>to 2/10/15<br>2300-000   $-11.03 | 2300-000 | | 11.03 | 13,280.73 |

FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ, Trustee |
|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 02/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 20.74 | 13,259.99 |
| 05/30/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 22.08 | 13,237.91 |
| 06/30/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 19.98 | 13,217.93 |
| 07/31/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 21.32 | 13,196.61 |
| 08/08/14 | 005006 | Joseph R. Voiland<br>Successor Trustee<br>1625 Wing Road<br>Yorkville IL 60560-9263 | Transfer Funds to Successor TR | 9999-000 | | 13,162.95 | 33.66 |
| 08/08/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 33.66 | 0.00 |

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 02/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 76,255.13 | 76,255.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 75,698.28 | 13,162.95 | |
| | | | Subtotal | | 556.85 | 63,092.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 556.85 | 63,092.18 | |

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2147 Checking Account - JRV TR |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 02/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/14 | | David E Grochocinski, Former Trustee<br>Grochocinski & Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Receipt Estate Funds from Prior TR | 9999-000 | 13,162.95 | | 13,162.95 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.15 | 13,147.80 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.92 | 13,128.88 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.52 | 13,109.36 |
| 12/05/14 | | ASSOCIATED BANK | December 2014 bank fee | 2600-000 | | 18.86 | 13,090.50 |
| 12/10/14 | | Elizabeth C. Berg<br>Successor Trustee<br>20 N. Clark St. #200<br>Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 13,090.50 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 13,162.95 | 13,162.95 | 0.00 |
| Less: Bank Transfers/CD's | 13,162.95 | 13,090.50 | |
| Subtotal | 0.00 | 72.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 72.45 | |

FORM 2

Page: 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6369 Checking Acct -- ECB TR |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 02/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 13,090.50 | | 13,090.50 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.81 | 13,076.69 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,090.50 | 13.81 | 13,076.69 |
| Less: Bank Transfers/CD's | 13,090.50 | 0.00 | |
| Subtotal | 0.00 | 13.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 13.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| DEG Green Bank Checking - ********2065 | 75,698.30 | 0.02 | 0.00 |
| DEG Green BK - Checking - ********1901 | 556.85 | 63,092.18 | 0.00 |
| Checking Account - JRV TR - ********2147 | 0.00 | 72.45 | 0.00 |
| Checking Acct -- ECB TR - ********6369 | 0.00 | 13.81 | 13,076.69 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 76,255.15 | 63,178.46 | 13,076.69 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 21, 2015 |

Case Number: 11-38819  
Debtor Name: ADVANCED EMERGENCY SPECIALISTS LTD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | David E. Grochocinski | Administrative | | $7,062.76 | $0.00 | $7,062.76 |
| 001<br>2200-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | Fees awarded per order July 25, 2014 | $5,435.00 | $0.00 | $5,435.00 |
| 001<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | Expenses awarded per order July 25, 2014 | $70.36 | $0.00 | $70.36 |
| 001<br>3410-00 | Scott Horewitch Pidgeon & Abrams, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL 60089 | Administrative | Awarded per court order dated August 29, 2014 | $6,569.00 | $0.00 | $6,569.00 |
| | Subtotal for Class Administrative | | | $19,137.12 | $0.00 | $19,137.12 |
| 11<br>570<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 606640338 | Priority | (11-1) Taxes | $1,150.34 | $0.00 | $1,150.34 |
| 12<br>570<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 606640338 | Priority | (12-1) IL Withholding Tax 3/10, 6/10 and 12/10 | $138.50 | $0.00 | $138.50 |
| 6a<br>046<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 191017346 | Priority | | $320,589.86 | $0.00 | $320,589.86 |
| | Subtotal for Class Priority | | | $321,878.70 | $0.00 | $321,878.70 |
| 1<br>610<br>7100-00 | american Abritration Assoc<br>1633 Broadway, 10th Floor<br>New York, NY 10019 | Unsecured | | $4,262.51 | $0.00 | $4,262.51 |
| 10<br>610<br>7100-00 | Howard & Howard Attorneys PLLC<br>211 Fulton Street Suite 600<br>Peoria, IL 61602 | Unsecured | | $22,210.35 | $0.00 | $22,210.35 |
| 11a<br>620<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 606640338 | Unsecured | (11-1) Taxes | $1,271.61 | $0.00 | $1,271.61 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 21, 2015 |
|---|---|---|---|---|---|---|

Case Number: 11-38819  
Debtor Name: ADVANCED EMERGENCY SPECIALISTS LTD  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12a<br>620<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL  606640338 | Unsecured | (12-1) IL Withholding Tax 3/10, 6/10 and 12/10 | $7,475.37 | $0.00 | $7,475.37 |
| 2<br>610<br>7100-00 | Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, IL  60606 | Unsecured | (2-1) Invoices for legal fees | $41,095.48 | $0.00 | $41,095.48 |
| 3<br>610<br>7100-00 | Quad City Bank & Trust<br>PO Box 3038<br>Evansville, IN  47730 | Unsecured | (3-1) 0096, credit account | $3,186.44 | $0.00 | $3,186.44 |
| 4<br>610<br>7100-00 | Quad City Bank & Trust<br>PO Box 3038<br>Evansville, IN  47730 | Unsecured | (4-1) 3552 | $986.63 | $0.00 | $986.63 |
| 5<br>610<br>7100-00 | Benefit Planning Consultants, Inc.<br>POB 7500<br>Champaign, IL  618267500 | Unsecured | | $1,877.00 | $0.00 | $1,877.00 |
| 6b<br>610<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  191017346 | Unsecured | | $50,907.58 | $0.00 | $50,907.58 |
| 7<br>610<br>7100-00 | Medical Marketing Management, Ltd<br>(dba: ASA Partners)<br>21415 Civic Center Dr., #211<br>Southfield, MI  48076 | Unsecured | | $1,200.00 | $0.00 | $1,200.00 |
| 8<br>610<br>7100-00 | Barnes & Thornbury LLP<br>11 S Meridian Street<br>Indianapolis, IN  46204 | Unsecured | (8-1) Unpaid Fees (see attached) | $41,095.48 | $0.00 | $41,095.48 |
| 9a<br>610<br>7100-00 | First State Bank of Illinois<br>c/o Kenneth R. Eathington<br>Husch Blackwell LLP<br>401 Main Street, Ste 1400<br>Peoria, IL  61602 | Unsecured | | $792,933.11 | $0.00 | $792,933.11 |
| | Subtotal for Class Unsecured | | | $968,501.56 | $0.00 | $968,501.56 |
| 6<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  191017346 | Secured | | $1,679,974.78 | $0.00 | $1,679,974.78 |
| 9<br>001<br>4110-00 | First State Bank of Illinois<br>c/o Kenneth R. Eathington<br>Husch Blackwell LLP<br>401 Main Street, Ste 1400<br>Peoria, IL  61602 | Secured | Paid portion of claim per settlement as approved by court order dated July 12, 2013 | $60,558.62 | $60,558.62 | $0.00 |
| | Subtotal for Class Secured | | | $1,740,533.40 | $60,558.62 | $1,679,974.78 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 21, 2015 |

Case Number:   11-38819                                  Claim Class Sequence
Debtor Name:   ADVANCED EMERGENCY SPECIALISTS LTD

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $3,050,050.78 | $60,558.62 | $2,989,492.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## Chapter 7 TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38819
Case Name: ADVANCED EMERGENCY SPECIALISTS LTD
Trustee Name: Elizabeth C. Berg, Chapter 7 Trustee

Balance on hand                                                                                   $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Department of the Treasury | $ | $ | $ | $ |
| 9 | First State Bank of Illinois | $ | $ | $ | $ |

Total to be paid to secured creditors                                         $_____

Remaining Balance                                                                    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. C. Berg, solely, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw, PC | $ | $ | $ |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ | $ | $ |
| Other: InnovaLaw, PC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6a | Department of the Treasury | $ | $ | $ |
| 11 | Illinois Department of Revenue | $ | $ | $ |
| 12 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | american Abritration Assoc | $ | $ | $ |
| 2 | Barnes & Thornburg LLP | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Quad City Bank & Trust | $ | $ | $ |
| 4 | Quad City Bank & Trust | $ | $ | $ |
| 5 | Benefit Planning Consultants, Inc. | $ | $ | $ |
| 6b | Department of the Treasury | $ | $ | $ |
| 7 | Medical Marketing Management, Ltd | $ | $ | $ |
| 8 | Barnes & Thornbury LLP | $ | $ | $ |
| 9a | First State Bank of Illinois | $ | $ | $ |
| 10 | Howard & Howard Attorneys PLLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11a | Illinois Department of Revenue | $ | $ | $ |
| 12a | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors $_____

Remaining Balance $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE