# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re: §
§
ADVANCED EMERGENCY § Case No. 11-38819
SPECIALISTS LTD
§
_____Debtor(s)_____ §
§

## NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on Friday, August 21, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

_Elizabeth C. Berg,  Successor Trustee_
_20 N. Clark St., Suite 200_
_Chicago, IL 60602_

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADVANCED EMERGENCY SPECIALISTS LTD | § | Case No. 11-38819 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 76,255.15 |
| and approved disbursements of | $ | 63,178.46 |
| leaving a balance on hand of[1] | $ | 13,076.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Department of the Treasury | $    1,679,974.78 | $    1,679,974.78 | $    0.00 | $    0.00 |
| 9 | First State Bank of Illinois | $    400,000.00 | $    60,558.62 | $    60,558.62 | $    0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 13,076.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. Grochocinski, Trustee | $    7,062.76 | $    0.00 | $    4,826.09 |
| Attorney for Trustee Fees: InnovaLaw, PC | $    5,435.00 | $    0.00 | $    3,713.82 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ 6,569.00 | $ 0.00 | $ 4,488.70 |
| Other: InnovaLaw, PC | $ 70.36 | $ 0.00 | $ 48.08 |

Total to be paid for chapter 7 administrative expenses $  13,076.69

Remaining Balance $  0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 321,878.70  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6a | Department of the Treasury | $ 320,589.86 | $ 0.00 | $ 0.00 |
| 11 | Illinois Department of Revenue | $ 1,150.34 | $ 0.00 | $ 0.00 |
| 12 | Illinois Department of Revenue | $ 138.50 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $  0.00

Remaining Balance $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 959,754.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | american Abritration Assoc | $ 4,262.51 | $ 0.00 | $ 0.00 |
| 2 | Barnes & Thornburg LLP | $ 41,095.48 | $ 0.00 | $ 0.00 |
| 3 | Quad City Bank & Trust | $ 3,186.44 | $ 0.00 | $ 0.00 |
| 4 | Quad City Bank & Trust | $ 986.63 | $ 0.00 | $ 0.00 |
| 5 | Benefit Planning Consultants, Inc. | $ 1,877.00 | $ 0.00 | $ 0.00 |
| 6b | Department of the Treasury | $ 50,907.58 | $ 0.00 | $ 0.00 |
| 7 | Medical Marketing Management, Ltd | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 8 | Barnes & Thornbury LLP | $ 41,095.48 | $ 0.00 | $ 0.00 |
| 9a | First State Bank of Illinois | $ 792,933.11 | $ 0.00 | $ 0.00 |
| 10 | Howard & Howard Attorneys PLLC | $ 22,210.35 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 8,746.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11a | Illinois Department of Revenue | $ 1,271.61 | $ 0.00 | $ 0.00 |
| 12a | Illinois Department of Revenue | $ 7,475.37 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-38819-DRC
Advanced Emergency Specialists, Ltd.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen          Page 1 of 1          Date Rcvd: Jul 24, 2015
                             Form ID: pdf002        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2015.
db            +Advanced Emergency Specialists, Ltd.,   1S376 Summit Ave.,   Ct. C,
               Oakbrook Terrace, IL 60181-3985
17835837      +ASA Partners,   21415 Civic Center Drive,   Suite 211,   Southfield MI 48076-3943
18379219      +Barnes & Thornburg LLP,   One North Wacker Drive,   Suite 4400,   Chicago, IL 60606-2841
17835840      +Barnes & Thornburg LLP,   11 S Meridian Street,   Indianapolis, IN 46204-3535
17835841      +Benefit Planning Consultants,   2110 Clearlake Blvd Suite 200,   PO Box 7500,
               Champaign, IL 61826-7500
18399260       Benefit Planning Consultants, Inc.,   POB 7500,   Champaign, IL 61826-7500
17835842      +David Greathouse,   321 East Grant Street,   Macomb, IL 61455-3231
17835844      +Howard & Howard Attorneys PLLC,   211 Fulton Street Suite 600,   Peoria, IL 61602-1350
17835846      +John C Bradley,   Select Capital LLC,   100 10th Street,   Suite 101,
               Rock Island IL 61201-8455
17835847      +Matt Karingada,   2828 N Talmon Ave Unit L,   Chicago, IL 60618-7829
18548650      +Medical Marketing Management, Ltd,   (dba: ASA Partners),   21415 Civic Center Dr., #211,
               Southfield, MI 48076-3943
17835848      +Methodist Services Inc,   c/o Maloof Commerical Real Estate,   2411 W Conerstone Ct,
               Peoria IL 61614-2493
17835849       Michelle Scott,   5828 Giddings Ave,   Hinsdale, IL 60521
17835850      +Onyx MD,   1355 S Colorado Blvd #700,   Denver, CO 80222-3325
17835851      +Owais Ludhi,   339 W Barry Ave,   Chicago,IL 60657-5653
17835839      +Quad City Bank & Trust,   PO Box 3038,   Evansville IN 47730-3038
17835852      +Vista Staffing Solutions,   275 E 200 South,   Salt Lake City Utah 84111-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17835845       E-mail/Text: cio.bncmail@irs.gov Jul 25 2015 00:57:43     Department of the Treasury,
               Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
19168771       E-mail/Text: rev.bankruptcy@illinois.gov Jul 25 2015 00:58:23
               Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago IL 60664-0338
                                                                                        TOTAL: 2

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18750683       Barnes & Thornburg LLP
17835838     ##+American Arbitration Assoc,   13455 Noel Rd Suite 1750,   Dallas TX 75240-6842
17835843     ##+First State Bank of Illinois,   c/o Kenneth R. Eathington,   Husch Blackwell LLP,
               401 Main Street, Ste 1400,   Peoria, IL 61602-1258
17967651     ##+american Abritration Assoc,   1633 Broadway, 10th Floor,   New York, NY 10019-7637
                                                                               TOTALS: 1, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2015                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2015 at the address(es) listed below:
              Elizabeth C Berg    on behalf of Trustee David E Grochocinski bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Joseph S. Michelotti    on behalf of Debtor   Advanced Emergency Specialists, Ltd.
               joe@michelottilaw.com,  i.got.ecfnotices@gmail.com
              Kathleen M. McGuire    on behalf of Attorney   InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              Kenneth R Eathington    on behalf of Creditor   First State Bank of Illinois keathington@qjhpc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                               TOTAL: 6