WPKVGF"UVCVGU"DCPMTWRVE["EQWTV
PQTVJGTP"FKUVTKEV"QH"KNNKPQKU
GCUVGTP"FKXKUKQP

Kp"tg:                                    §
                                          §
CFXCPEGF"GOGTIGPE[                        §    Ecug"Pq0"11-38819
URGEKCNKUVU"NVF                           §
                                          §
                                          §
        Fgdvqt*u+                         §

CJCRVGT"7"UWEEGUUQT"VTWUVGG'U"HKPCN"CEEQWPV"CPF"FKUVTKDWVKQP
TGRQTV"EGTVKHKECVKQP"VJCV"VJG"GUVCVG"JCU"DGGP"HWNN[
CFOKPKUVGTGF"CPF"CRRNKECVKQP"VQ"DG"FKUEJCTIGF"*VFT+

Grk|cdgvj"E0"Dgti,"uweeguuqt"ejcrvgt"7"vtwuvgg,"uwdokvu"jku"Hkpcn"Ceeqwpv,"Egtvkhkecvkqp
vjcv"vjg"Guvcvg"jcu"dggp"Hwnn{"Cfokpkuvgtgf"cpf"Crrnkecvkqp"vq"dg"Fkuejctigf0

1+"Cnn"hwpfu"qp"jcpf"jcxg"dggp"fkuvtkdwvgf"kp"ceeqtfcpeg"ykvj"vjg"Vtwuvgg'u"Hkpcn"Tgrqtv
cpf,"kh"crrnkecdng,"cp{"qtfgt"qh"vjg"Eqwtv"oqfkh{kpi"vjg"Hkpcn"Tgrqtv0"Vjg"ecug"ku"hwnn{
cfokpkuvgtgf"cpf"cnn"cuugvu"cpf"hwpfu"yjkej"jcxg"eqog"wpfgt"vjg"vtwuvgg'u"eqpvtqn"kp"vjku"ecug
jcxg"dggp"rtqrgtn{"ceeqwpvgf"hqt"cu"rtqxkfgf"d{"ncy0"Vjg"vtwuvgg"jgtgd{"tgswguvu"vq"dg
fkuejctigf"htqo"hwtvjgt"fwvkgu"cu"c"vtwuvgg0

2+"C"uwooct{"qh"cuugvu"cdcpfqpgf,"cuugvu"gzgorv,"vqvcn"fkuvtkdwvkqpu"vq"enckocpvu,"encko u
fkuejctigf"ykvjqwv"rc{ogpv,"cpf"gzrgpugu"qh"cfokpkuvtcvkqp"ku"rtqxkfgf"dgnqy:

| | |
|---|---|
| Cuugvu"Cdcpfqpgf:"3,706,902.45 *Ykjqwv"fgfwevkpi"cp{"ugewtgf"encko u+ | Cuugvu"Gzgorv:"P/C |
| Vqvcn"Fkuvtkdwvkqpu"vq"Enckocpvu:"60,558.62 | Encko u"Fkuejctigf Ykjqwv"Rc{ogpv:"P/C |
| Vqvcn"Gzrgpugu"qh"Cfokpkuvtcvkqp:"15,896.53 | |

3+"Vqvcn"itquu"tgegkrvu"qh"$76,255.65 "ugg"**Gzjkdkv**"1+,"okpwu"hwpfu"rckf"vq"vjg"fgdvqt"cpf
vjktf"rctvkgu"qh"$0.00 "ugg"**Gzjkdkv**"2+,"{kgnfgf"pgv"tgegkrvu"qh"$76,255.65 "htqo"vjg"rtqrgtv{"qh
vjg"guvcvg,"yjkej"ycu"fkuvtkdwvgf"cu"hqnnqyu:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 1,159,138.00 | $ 2,079,746.78 | $ 1,740,533.42 | $ 60,558.62 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 21,758.46 | 21,758.46 | 15,697.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 321,756.70 | 321,756.70 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 183,575.09 | 976,501.56 | 976,501.56 | 0.00 |
| TOTAL DISBURSEMENTS | $ 1,342,413.09 | $ 3,399,112.00 | $ 3,052,670.62 | $ 76,255.25 |

4) This case was originally filed under chapter 7 on 09/23/2011. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and cancelled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2015            By: /s/ Elizabeth C. Berg, Successor Trustee
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHASE BANK | 1129-000 | 75,698.28 |
| Interest Earned | 1270-000 | 0.02 |
| UNSCHEDULED REFUNDS | 1290-000 | 556.85 |
| TOTAL GROSS RECEIPTS | | $76,255.15 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | FIRST STATE BANK OF ILLINOIS | 4110-000 | 3.37; .: 5: 02 | 400,000.00 | 82.77: 084 | 82.77: 084 |
| 6 | DEPARTMENT OF THE TREASURY | 4300-000 | P C | 1,679,974.78 | 1,679,974.78 | 2022 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 3.37;.:5:022 | $ 4.29;.;9609: | $ 3,962.755062 | $ 82.77:084 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E GROCHOCINSKI | 2100-000 | P C | 7,062.76 | 7,062.76 | 4,826.09 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | P C | 81.91 | 81.91 | 81.91 |
| Associated Bank | 2600-000 | P C | 86.26 | 86.26 | 86.26 |
| Green Bank | 2600-000 | P C | 2,424.72 | 2,424.72 | 2,424.72 |
| The Bank of New York mellon | 2600-000 | P C | 0.02 | 0.02 | 0.02 |
| UPS | 2990-000 | P C | 26.93 | 26.93 | 26.93 |
| INNOVALAW, P.C. | 3110-000 | P C | 5,435.00 | 5,435.00 | 3,713.82 |
| INNOVALAW, P.C. | 3120-000 | P C | 70.36 | 70.36 | 48.08 |
| SCOTT HOREWITCH PIDGEON & ABRAMS | 3410-000 | P C | 6,569.00 | 6,569.00 | 4,488.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ P C | $ 43.97808 | $ 43.97808 | $ 37.8;8075 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | P C | P C | P C | P C | P C |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ P C | $ P C | $ P C | $ P C |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | 2022 | P C | P C | 2022 |
| 6a | DEPARTMENT OF THE TREASURY | 5800-000 | P C | 320,589.86 | 320,589.86 | 2022 |
| 11 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | P C | 1,150.34 | 1,150.34 | 2022 |
| 12 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | P C | 138.50 | 138.50 | 2022 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 2022 | $ 543.:9:092 | $ 543.:9:092 | $ 2022 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Arbitration Assoc | | 10,062.50 | P C | P C | 2022 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bancard Services |  | 10.00 | P C | P C | 0.00 |
|  | David Greathouse |  | 3,900.00 | P C | P C | 0.00 |
|  | Matt Karingada |  | 15,307.92 | P C | P C | 0.00 |
|  | Methodist Services Inc |  | 672.16 | P C | P C | 0.00 |
|  | Michelle Scott |  | 48,600.00 | P C | P C | 0.00 |
|  | Onyx MD |  | 17,574.21 | P C | P C | 0.00 |
|  | Owais Ludhi |  | 5,477.97 | P C | P C | 0.00 |
|  | Vista Staffing Solutions |  | 8,308.00 | P C | P C | 0.00 |
| 1 | AMERICAN ABRITRATION ASSOC | 7100-000 | P C | 4,262.51 | 4,262.51 | 0.00 |
| 2 | BARNES & THORNBURG LLP | 7100-000 | 41,095.48 | 41,095.48 | 41,095.48 | 0.00 |
| 8 | BARNES & THORNBURY LLP | 7100-000 | P C | 41,095.48 | 41,095.48 | 0.00 |
| 5 | BENEFIT PLANNING CONSULTANTS, INC. | 7100-000 | 2,797.00 | 1,877.00 | 1,877.00 | 0.00 |
| 6b | DEPARTMENT OF THE TREASURY | 7100-000 | P C | 50,907.58 | 50,907.58 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9a | FIRST STATE BANK OF ILLINOIS | 7100-000 | P C | 792,933.11 | 792,933.11 | 2022 |
| 10 | HOWARD & HOWARD ATTORNEYS PLLC | 7100-000 | 21,863.85 | 22,210.35 | 22,210.35 | 2022 |
| 7 | MEDICAL MARKETING MANAGEMENT, LTD | 7100-000 | 4,910.00 | 1,200.00 | 1,200.00 | 2022 |
| 3 | QUAD CITY BANK & TRUST | 7100-000 | P C | 3,186.44 | 3,186.44 | 2022 |
| 4 | QUAD CITY BANK & TRUST | 7100-000 | P C | 986.63 | 986.63 | 2022 |
| 11a | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | P C | 1,271.61 | 1,271.61 | 2022 |
| 12a | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | P C | 7,475.37 | 7,475.37 | 2022 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3: 2.79; 02; | $ ; 8: .723078 | $ ; 8: .723078 | $ 2022 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-38819 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | | Date Filed (f) or Converted (c): | 09/23/11 (f) |
| | | | | 341(a) Meeting Date: | 11/01/11 |
| For Period Ending: 09/17/15 | | | | Claims Bar Date: | 04/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1140 OLD MILL ROAD | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 4,800.00 | 4,800.00 | | 0.00 | FA |
| 3. FIRST STATE BANK OF IL | 237.45 | 237.45 | | 0.00 | FA |
| 4. CHASE BANK | 5,000.00 | 75,698.28 | | 75,698.28 | FA |
| 5. SECURITY DEPOSITS | 850.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| 7. REGISTERED TRADEMARK | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. A/Rs (u) | 1,700,000.00 | 400,000.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 665.00 | 0.00 | | 0.00 | FA |
| 10. LITIGATION PENDING (u) | 1,600,000.00 | 500,000.00 | | 0.00 | FA |
| 11. UNSCHEDULED REFUNDS (u) | 0.00 | 0.00 | | 556.85 | FA |
| INT. Interest Earned (u) | Unknown | 0.00 | | 0.02 | FA |

TOTALS (Excluding Unknown Values)     $3,711,902.45     $980,735.73     $76,255.15     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee (E. Berg), confirmed the resolution of all claims and prepared the TFR

Active

IN PROCESS OF OBTAINING DOCUMENTS REGARDING LITIGATION AND ACCOUNTS RECEIVABLE; SOME ASSETS MIGHT BE SUBJECT TO SECURITY INTEREST OF BANK; NEED TO DETERMINE ESTIMATED VALUE OF LIQUIDATED ASSETS AS TO THE ESTATE; NO OTHER ASSETS TO LIQUIDATE; NO OTHER ASSETS TO LIQUIDATE; REVIEWING INTEREST OF BANK

Settlement and Compromise with bank pending.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-38819   DRC   Judge: DONALD R. CASSLING | Trustee Name:  Elizabeth C. Berg, Succ. Trustee |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Date Filed (f) or Converted (c):  09/23/11 (f) |
| | | 341(a) Meeting Date:  11/01/11 |
| | | Claims Bar Date:  04/12/12 |

Order approving settlement 7/12/2013.

Estate authorized to retain 20% of funds recovered from Insider Bank Account.

Final claims review pending.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | GREEN BANK |
| | | Account Number / CD #: | *******2065 DEG Green Bank Checking |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 09/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/12 | 4 | JAMES KLEIN | TURNOVER OF BANK ACCOUNTS | 1129-000 | 75,698.28 | | 75,698.28 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 75,698.28 | 0.00 |
| | | | 9999-000      $-75,698.28 | | | | |
| 02/08/12 | INT | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.02 | | 0.02 |
| 02/29/12 | 001001 | The Bank of New York mellon | Bank and Technology Service Fee | 2600-000 | | 0.02 | 0.00 |
| | | | 2600-000      $-0.02 | | | | |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 75,698.30 | 75,698.30 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 75,698.28 | |
| Subtotal | | 75,698.30 | 0.02 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 75,698.30 | 0.02 | |

Page Subtotals     75,698.30     75,698.30

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 09/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | New York Bank Mellon | Transfer funds | 9999-000 | 75,698.28 | | 75,698.28 |
| 02/29/12 | | Green Bank | Bank Service Fee | 2600-000 | | 90.63 | 75,607.65 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 03/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 125.94 | 75,481.71 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 04/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 113.94 | 75,367.77 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 05/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 121.62 | 75,246.15 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 06/29/12 | | Green Bank | Bank Service Fee | 2600-000 | | 121.42 | 75,124.73 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 07/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 117.31 | 75,007.42 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 08/27/12 | 11 | ENVISION HEALTHCARE, INC. | TURNOVER OF REFUND OF PAYMENT | 1290-000 | 556.85 | | 75,564.27 |
| | | P.O. BOX 5047 | | | | | |
| | | OAK BROOK, IL 60522 | | | | | |
| 08/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 132.95 | 75,431.32 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 09/28/12 | | Green Bank | Bank Service Fee | 2600-000 | | 106.01 | 75,325.31 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 10/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 121.55 | 75,203.76 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | GREEN BANK |
| | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 09/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/12 | 005001 | 401 Greenbriar<br>Houston, TX 77098<br>UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY CHARGES<br>2990-000 $-26.93 | 2990-000 | | 26.93 | 75,176.83 |
| * 11/09/12 | 005002 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY FEES<br>2990-000 $-26.93 | 2990-003 | | 26.93 | 75,149.90 |
| * 11/09/12 | 005002 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | overnight delivery fees | 2990-003 | | -26.93 | 75,176.83 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 125.25 | 75,051.58 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 113.29 | 74,938.29 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 120.92 | 74,817.37 |
| 02/21/13 | 005003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond#016026455<br>2300-000 $-70.88 | 2300-000 | | 70.88 | 74,746.49 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 109.04 | 74,637.45 |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 09/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 120.44 | 74,517.01 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 116.36 | 74,400.65 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 127.80 | 74,272.85 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 108.25 | 74,164.60 |
| 07/30/13 | 005004 | First State Bank of Illinois<br>c/o Kenneth R. Eathington<br>Husch Blackwell LLP<br>401 Main Street, Ste 1400<br>Peoria, IL  61602 | SETTLEMENT PAYMENT | 4110-000 | | 60,558.62 | 13,605.98 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 119.67 | 13,486.31 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 48.38 | 13,437.93 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 19.58 | 13,418.35 |

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

Ver: 18.05

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | GREEN BANK |
| | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 09/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 21.65 | 13,396.70 |
| 11/29/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 21.61 | 13,375.09 |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 20.88 | 13,354.21 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 22.93 | 13,331.28 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 19.43 | 13,311.85 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 20.09 | 13,291.76 |
| 04/02/14 | 005005 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420 | Blanket bond #016026455 2/01/14<br>to 2/10/15<br>2300-000    $-11.03 | 2300-000 | | 11.03 | 13,280.73 |

LFORM24

Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******1901 DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 09/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/14 | | NEW ORLEANS, LA 70139<br>GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 20.74 | 13,259.99 |
| 05/30/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 22.08 | 13,237.91 |
| 06/30/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 19.98 | 13,217.93 |
| 07/31/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 21.32 | 13,196.61 |
| 08/08/14 | 005006 | Joseph R. Voiland<br>Successor Trustee<br>1625 Wing Road<br>Yorkville IL 60560-9263 | Transfer Funds to Successor TR | 9999-000 | | 13,162.95 | 33.66 |
| 08/08/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 33.66 | 0.00 |

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | GREEN BANK |
| | | Account Number / CD #: | *******1901  DEG Green BK - Checking |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 09/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 76,255.13 | 76,255.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 75,698.28 | 13,162.95 | |
| | | | Subtotal | | 556.85 | 63,092.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 556.85 | 63,092.18 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Ver: 18.05

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38819 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2147 Checking Account - JRV TR |
| Taxpayer ID No: | *******3168 | | |
| For Period Ending: | 09/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/14 | | David E Grochocinski, Former Trustee<br>Grochocinski & Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Receipt Estate Funds from Prior TR | 9999-000 | 13,162.95 | | 13,162.95 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.15 | 13,147.80 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.92 | 13,128.88 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.52 | 13,109.36 |
| 12/05/14 | | ASSOCIATED BANK | December 2014 bank fee | 2600-000 | | 18.86 | 13,090.50 |
| 12/10/14 | | Elizabeth C. Berg<br>Successor Trustee<br>20 N. Clark St. #200<br>Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 13,090.50 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 13,162.95 | 13,162.95 | 0.00
| Less: Bank Transfers/CD's | 13,162.95 | 13,090.50 |
| Subtotal | 0.00 | 72.45 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 72.45 |

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 17)

Ver: 18.05

FORM 2

Page: 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-38819 -DRC |
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD |
| Taxpayer ID No: | *******3168 |
| For Period Ending: | 09/17/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6369 Checking Acct -- ECB TR |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 13,090.50 | | 13,090.50 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.81 | 13,076.69 |
| 08/26/15 | 001001 | David E Grochocinski, Former Trustee<br>c/o Timothy Grochocinski<br>15020 S. Ravinia Ave, Ste. 29<br>Orland Park, IL 60462 | Trustee Compensation | 2100-000 | | 4,826.09 | 8,250.60 |
| 08/26/15 | 001002 | INNOVALAW, P.C.<br>15020 S. RAVINIA AVE., STE 29<br>ORLAND PARK, IL 60462 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,713.82 | 4,536.78 |
| 08/26/15 | 001003 | INNOVALAW, P.C.<br>15020 S. RAVINIA AVE., STE 29<br>ORLAND PARK, IL 60462 | Attorney for Trustee Expenses (Trus | 3120-000 | | 48.08 | 4,488.70 |
| 08/26/15 | 001004 | Scott Horewitch Pidgeon & Abrams, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL 60089 | Accountant for TR Fees (Other Firm) | 3410-000 | | 4,488.70 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 13,090.50 | 13,090.50 | 0.00 |
| Less: Bank Transfers/CD's | | 13,090.50 | 0.00 | |
| Subtotal | | 0.00 | 13,090.50 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 13,090.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| DEG Green Bank Checking - ********2065 | 75,698.30 | 0.02 | 0.00 |
| DEG Green BK - Checking - ********1901 | 556.85 | 63,092.18 | 0.00 |
| Checking Account - JRV TR - ********2147 | 0.00 | 72.45 | 0.00 |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-38819 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ADVANCED EMERGENCY SPECIALISTS LTD | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6369  Checking Acct -- ECB TR |
| Taxpayer ID No: | *******3168 | | | |
| For Period Ending: | 09/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Acct -- ECB TR - ********6369 | | 0.00 | 13,090.50 | 0.00 |
| | | | | | 76,255.15 | 76,255.15 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Ver: 18.05